SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
SUK JA CHOI

LAW OFFICES OF MORSE MEHRBAN APC
MORSE MEHRBAN
15233 Ventura Blvd., Ste. 304
Sherman Oaks, CA 91403
Telephone:  (424) 274-1237
Facsimile:   (206) 202-3834
morse@mehrban.com

Attorneys for Plaintiff,
LUIS MARQUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUIS MARQUEZ,<br><br>             Plaintiff,<br><br>       v.<br><br>SUK JA CHOI AND DOES 1-10,<br><br>             Defendants. | Case No.  2:16-CV-02211<br><br>**JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Action Filed:  October 20, 2015<br>Trial Date:      None Set |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Luis Marquez ("Plaintiff") and defendant Suk Ja Choi ("Defendant"), by and through their counsel of record, hereby agree to stipulate to remand this case back to the Superior Court of California in and for the County of Los Angeles, Case No. 15K12958.

**IT IS SO STIPULATED.**

Dated: April 13, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ *Michael J. Chilleen*
GREGORY F. HURLEY
MICHAEL J. CHILLEEN
Attorneys for Defendant,
SUK JA CHOI

Dated: April 13, 2016

LAW OFFICES OF MORSE MEHRBAN APC

By    */s/ Morse Mehrban*
MORSE MEHRBAN
Attorneys for Plaintiff
LUIS MARQUEZ