SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant,
SUK JA CHOI

JS-6

LAW OFFICES OF MORSE MEHRBAN APC
MORSE MEHRBAN
15233 Ventura Blvd., Ste. 304
Sherman Oaks, CA 91403
Telephone: (424) 274-1237
Facsimile: (206) 202-3834
morse@mehrban.com

Attorneys for Plaintiff,
LUIS MARQUEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SUK JA CHOI AND DOES 1-10,<br><br>    Defendants. | Case No. 2:16-CV-02211-MWF<br><br>**ORDER ON JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Action Filed: October 20, 2015<br>Trial Date: None Set |

1  Pursuant to the Joint Stipulation to Remand Case to State Court filed by the
2  parties, this matter is hereby remanded to the Superior Court of California in and for
3  the County of Los Angeles, Case No. 15K12958, for all further proceedings.
4  **IT IS SO ORDERED.**

6  Dated: APRIL 14, 2016

7  _____
8  HONORABLE MICHAEL W. FITZGERALD

SMRH:476492794.1    [PROPOSED] ORDER ON JOINT STIPULATION TO REMAND CASE TO STATE COURT